| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Albritton, William H. | 2. Court or Organization District Court - MD Alabama | 3. Date of Report 5/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address P. O. Box 629 Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Albritton, William H.

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William II. | 5/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Merrill Lynch IRA Distributions | $10,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF ALABAMA LAW SCHOOL | MARCH 8-9, 2009 | TUSCALOOSA, AL. | LECTURE SERIES | MEALS, HOTEL. |
| 2. | UNIVERSITY OF ALABAMA LAW SCHOOL | OCTOBER 22-24, 2009 | TUSCALOOSA, AL. | LECTURE SERIES | MEALS, HOTEL |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm-dd-yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TV Cable Co of Andalusia - common stock | C | Dividend | L | W | | | | | |
| 2. Colonial Properties REIT | A | Dividend | | | Sold | 2/25/09 | J | | |
| 3. Exxon - common stock (line 4 shows sale #2) | D | Dividend | N | T | Sold (part) | 2/25/09 | L | F | |
| 4. -Exxon - common stock (sale #2) | | | | | Sold (part) | 9/22/09 | L | E | |
| 5. General Electric - common stock | C | Dividend | L | T | Sold (part) | 9/22/09 | K | D | |
| 6. IBM - common stock | A | Dividend | J | T | | | | | |
| 7. Progress Energy Inc | B | Dividend | | | Buy | 2/25/09 | K | | |
| 8. | | | | | Sold | 9/22/09 | K | A | |
| 9. Pfizer - common stock | A | Dividend | K | T | | | | | |
| 10. Regions Financial Corp. - common stock | A | Dividend | | | Sold | 2/25/09 | J | | |
| 11. Southern Company - common stock | B | Dividend | K | T | Sold (part) | 9/22/09 | K | D | |
| 12. Eaton Vance Nat - municipal fund | A | Dividend | | | Sold | 9/11/09 | K | | |
| 13. Alabama St Brd Ed Rev Athens State Univ- bonds | A | Interest | K | T | Buy | 2/25/09 | K | | |
| 14. Huntsville Ala Cap Imprt Wts - bonds | A | Interest | K | T | Buy | 2/25/09 | K | | |
| 15. Huntsville Madison Cnty Al Arpt Auth - bonds | A | Interest | K | T | | | | | |
| 16. Mobile, AL Pub. Ed! Bldg Bond | A | Interest | J | T | | | | | |
| 17. Daphne, AL Wts & Impt bonds | A | Interest | J | T | | | | | |

1. Income Gain Codes: A $1,000 or less; B $1,001 - $2,500; C $2,501 - $5,000; D $5,001 - $15,000; E $15,001 - $50,000 (See Columns B1 and D4); F $50,001 - $100,000; G $100,001 - $1,000,000; H1 $1,000,001 - $5,000,000; H2 More than $5,000,000
2. Value Codes: J $15,000 or less; K $15,001 - $50,000; L $50,001 - $100,000; M $100,001 - $250,000 (See Columns C1 and D3); N $250,001 - $500,000; O $500,001 - $1,000,000; P1 $1,000,001 - $5,000,000; P2 $5,000,001 - $25,000,000; P3 $25,000,001 - $50,000,000; P4 More than $50,000,000
3. Value Method Codes: Q Appraisal; R Cost (Real Estate Only); S Assessment; T Cash Market (See Column C2); U Book Value; V Other; W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Alabama State Public Schools and Colleges - bonds | A | Interest | J | T | | | | | |
| 19. Morgan Cnty, AL Brd Ed Cap - bonds | A | Interest | K | T | Buy | 2/27/09 | K | | |
| 20. Decatur, AL Wts Ser E Ambac | A | Interest | J | T | | | | | |
| 21. Alabama Drinking Water Fin. Auth - bonds | A | Interest | J | T | | | | | |
| 22. Merrill Lynch - Cash Money Accounts | A | Interest | J | T | | | | | |
| 23. Merrill-Lynch IRA (assets: lines 24-37) | D | Div/Int | M | T | | | | | |
| 24. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 25. -Alpine Global Premier Prpty Fd | | | | | Sold | 2/25/09 | J | | |
| 26. -CD National City Bank | | | | | | | | | |
| 27. -Colonial Properties REIT | | | | | Sold | 2/25/09 | J | | |
| 28. -Merrill Lynch Fundamental Growth D | | | | | | | | | |
| 29. -Merrill Lynch B&T RASP | | | | | | | | | |
| 30. -Cohen & Steers REIT&PFD Income FD | | | | | Sold | 2/25/09 | J | | |
| 31. -ML&Co SRN | | | | | Sold | 2/25/09 | J | | |
| 32. -Blackrock Intl Growth & Income Tr | | | | | | | | | |
| 33. -Dow 30 Enhanced Premium Incomd Fd | | | | | | | | | |
| 34. -AT&T Inc | | | | | Buy | 2/25/09 | K | | |

1. Income Gain Codes:    A $1,000 or less    B $1,001 - $2,500    C $2,501 - $5,000    D $5,001 - $15,000    E $15,001 - $50,000
(See Columns B1 and D4)    F $50,001 - $100,000    G $100,001 - $1,000,000    H1 $1,000,001 - $5,000,000    H2 More than $5,000,000
2. Value Codes    J $15,000 or less    K $15,001 - $50,000    L $50,001 - $100,000    M $100,001 - $250,000
(See Columns C1 and D3)    N $250,001 - $500,000    O $500,001 - $1,000,000    P1 $1,000,001 - $5,000,000    P2 $5,000,001 - $25,000,000
   P3 $25,000,001 - $50,000,000    P4 More than $50,000,000
3. Value Method Codes    Q Appraisal    R Cost (Real Estate Only)    S Assessment    T Cash Market
(See Column C2)    U Book Value    V Other    W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(of private<br>transaction) |
| 35. -KinderMorgan Energy Ptns | | | | | Buy | 2/25/09 | K | | |
| 36. -Pinnacle West Cap Corp | | | | | Buy | 2/25/09 | K | | |
| 37. -Vanguard Intermediate | | | | | Buy | 4/02/09 | L | | |
| 38. Merrill Lynch - IRA (assets: lines 39-42) | A | Int./Div. | J | T | | | | | |
| 39. -Southwest Bk of St. Louis - callable CD | | | | | | | | | |
| 40. -Templeton Growth Fd Cl C | | | | | | | | | |
| 41. -DN M & I Callable CD | | | | | | | | | |
| 42. -Vanguard Intermediate Bond | | | | | Buy | 5/11/09 | J | | |
| 43. ServisFirst Bank - Savings Accounts | A | Interest | K | T | | | | | |
| 44. DWS Gold & Precious Metals Pd Cl | | None | | | Sold | 9/11/09 | J | | |
| 45. ML& Co Str Acct Redemp Sec | | None | | | Sold | 2/25/09 | K | | |
| 46. ML&Co SRN | | None | | | Sold | 2/25/09 | J | | |
| 47. Blackrock Global Allocation FD Inc C | A | Dividend | K | T | Buy | 3/2/09 | K | | |
| 48. American Capital Wld Grow & Inc. C | | None | | | Sold | 2/25/09 | J | | |
| 49. Legg Mason Partners Inv. Value FD O | | None | | | Sold | 2/25/09 | K | | |
| 50. Annaly Cap Mgmt Inc | A | Dividend | J | T | Buy | 9/25/09 | J | | |
| 51. AT&T Inc. | A | Dividend | J | T | Buy | 9/30/09 | J | | |

| 1. Income Gain Codes | A. $1,000 or less | B. $1,001 - $2,500 | C. $2,501 - $5,000 | D. $5,001 - $15,000 | E. $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F. $50,001 - $100,000 | G. $100,001 - $1,000,000 | H1. $1,000,001 - $5,000,000 | H2. More than $5,000,000 | |
| 2. Value Codes | J. $15,000 or less | K. $15,001 - $50,000 | L. $50,001 - $100,000 | M. $100,001 - $250,000 | |
| (See Columns C1 and D3) | N. $250,001 - $500,000 | O. $500,001 - $1,000,000 | P1. $1,000,001 - $5,000,000 | P2. $5,000,001 - $25,000,000 | |
| | P3. $25,000,001 - $50,000,000 | | P4. More than $50,000,000 | | |
| 3. Value Method Codes | Q. Appraisal | R. Cost (Real Estate Only) | S. Assessment | T. Cash Market | |
| (See Column C2) | U. Book Value | V. Other | W. Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bristol-Myers Squibb Co | A | Dividend | | | Buy | 9/25/09 | J | | |
| 53. | | | | | Sold | 12/30/09 | J | A | |
| 54. CenturyTel Inc | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 55. Hatteras Finl Corp | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 56. Kraft Foods Inc Va Cl A | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 57. Pepco Hldgs Inc | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 58. Pinnacle West Cap Corp | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 59. Verizon Communications Com | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 60. Kinder Morgan Energy Partners LP | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 61. Enterprise Prdts Prtn LP | A | Dividend | | | Buy | 9/25/09 | J | | |
| 62. | | | | | Sold | 12/21/09 | J | A | |
| 63. Plains All Amern Pipl LP | A | Dividend | J | T | Buy | 9/30/09 | J | | |
| 64. Merck&Co Inc | | None | J | T | Buy | 9/30/09 | J | | |
| 65. Philip Morris Intl Inc | | None | J | T | Buy | 9/30/09 | J | | |
| 66. Vodafone Group Plc New | | None | J | T | Buy | 9/30/09 | J | | |
| 67. Xcel Energy Inc | | None | | | Buy | 9/25/09 | J | | |
| 68. | | | | | Sold | 12/22/09 | J | A | |

1. Income Gain Codes | A. $1,000 or less | B. $1,001 - $2,500 | C. $2,501 - $5,000 | D. $5,001 - $15,000 | E. $15,001 - $50,000
(See Columns B1 and D4) | F. $50,001 - $100,000 | G. $100,001 - $1,000,000 | H1. $1,000,001 - $5,000,000 | H2. More than $5,000,000 |
2. Value Codes | J. $15,000 or less | K. $15,001 - $50,000 | L. $50,001 - $100,000 | M. $100,001 - $250,000 |
(See Columns C1 and D3) | N. $250,001 - $500,000 | O. $500,001 - $1,000,000 | P1. $1,000,001 - $5,000,000 | P2. $5,000,001 - $25,000,000 |
| P3. $25,000,001 - $50,000,000 | | | P4. More than $50,000,000 | |
3. Value Method Codes | Q. Appraisal | R. Cost (Real Estate Only) | S. Assessment | T. Cash Market |
(See Column C2) | U. Book Value | V. Other | W. Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    Altria Group Inc | | None | | | Buy | 9/25/09 | J | | |
| 70. | | | | | Sold | 12/28/09 | J | A | |

| 1  Income Gain Codes | A  $1,000 or less | B  $1,001 - $2,500 | C  $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
| (See Columns B1 and D4) | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2  Value Codes | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C1 and D3) | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1  $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| | P3  $25,000,001 - $50,000,000 | | | P4  More than $50,000,000 | |
| 3  Value Method Codes | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T  Cash Market | |
| (See Column C2) | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11 2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding item I, section VII. Investments and Trusts;

TV Cable Co of Andalusia - common stock:

Value method of "W" has been entered as this is a closely-held corporation, not publicly traded, of which I am a small shareholder. My valuation is based on the last sale of stock of which I am aware, which was several years ago and was a repurchase by the corpration of the stock of a shareholder who died. I know of no other method by which the value of the stock may be easily obtained.

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/11-2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544